UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHERYL R. JAMERSON, <br><br> Plaintiff, <br><br> vs. <br><br> EXTENDICARE HEALTH SERVICES, d/b/a FRANKLIN HILLS HEALTH and REHABILITATION CENTER, JEROME BOTNER, and CHRIS STEVENSON, <br><br> Defendants. | CV-08-0047-JLQ <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR NON-SUIT AS TO ALL DEFENDANTS WITHOUT PREJUDICE |

**BEFORE THE COURT** is Plaintiff's unopposed Motion for Non-Suit Without Prejudice as to all Defendants. Stephen S. Hornbuckle represents Plaintiff. Patrick J. Cronin represents Defendants and has indicated they do not oppose this motion. Therefore, Plaintiff's Motion for Non-Suit as to all Defendants is **Granted.** The Clerk is hereby directed to dismiss this case without prejudice, and tax any and all court costs against the Plaintiff, as requested by the Plaintiff.

I**T IS SO ORDERED.** The Clerk is further directed to enter this Order, forward copies to counsel, and to close this file.

**DATED** this 29th day of February, 2008.

         s/ Justin L. Quackenbush
         JUSTIN L. QUACKENBUSH
      SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR NON-SUIT--1